E-filing

1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2 | Name Chadwick   ARDY   Demetrius.
3 | (Last)        (First)       (Initial)

4 | Prisoner Number  T-13047

5 | Institutional Address  P.O Box 8103 San luis obispo CA 93409.

6 | ================================================================

7 | UNITED STATES DISTRICT COURT
  | NORTHERN DISTRICT OF CALIFORNIA

8 | Chadwick ARDY D
9 | (Enter the full name of plaintiff in this action.)      CV 07 6249

10 |         vs.                    )   Case No.
                                    )   (To be provided by the Clerk of Court)
11 | San Diego Police Dept.         )
                                    )   COMPLAINT UNDER THE
12 | _____)   CIVIL RIGHTS ACT,
                                    )   Title 42 U.S.C § 1983
13 | _____)
                                    )
14 | _____)
    | (Enter the full name of the defendant(s) in this action)
15 |

16 | *[All questions on this complaint form must be answered in order for your action to proceed..]*

17 | I.    Exhaustion of Administrative Remedies.

18 |       [**Note:** You must exhaust your administrative remedies before your claim can go

19 |       forward. The court will dismiss any unexhausted claims.]

20 |       A.    Place of present confinement ~~San Diego~~ CMC.

21 |       B.    Is there a grievance procedure in this institution?

22 |             YES ( )    NO (X)

23 |       C.    Did you present the facts in your complaint for review through the grievance

24 |             procedure?

25 |             YES ( )    NO (X)

26 |       D.    If your answer is YES, list the appeal number and the date and result of the

27 |             appeal at each level of review. If you did not pursue a certain level of appeal,

28 |             explain why.

COMPLAINT                        - 1 -

1. Informal appeal _Denile_

2. First formal level _Denile_

3. Second formal level _Denile_

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES (X)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

   A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_ARD 4 Demetrius Chadwick_
_P.O Box 8103 San luis obispo C.A 93409._

   B. Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT          - 2 -

1  *officer Hall Team 8 San Diego police Department*
2  *The other who Beat me up I don't have The*
3  *arrestting officer name He Two S.D police*
4  *officer.*

5  III.   Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____

23  IV.   Relief.

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  *I want To get 3.15 million for Pain Suffiring*
27  *They Beat me up Busted my right Ear Drum.*
28  *head injury lawyer Back pain I want relief*
    *I Think They should lose There Bage*

COMPLAINT                        - 3 -

1  _____
2  _____
3  _____
4  _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __Dec 3__, 20_07_

_Chadwick ARDY D._
(Plaintiff's signature)

COMPLAINT                    - 4 -



**THOMAS J. PASTUSZKA**, CMC, CCB
EXECUTIVE OFFICER/CLERK

# County of San Diego

CLERK OF THE BOARD OF SUPERVISORS

1600 PACIFIC HIGHWAY, ROOM 402, SAN DIEGO, CALIFORNIA 92101-2471

TELEPHONE (619) 531-5600
FAX (619) 595-4616

January 25, 2007

Ardy D. Chadwick T-13047
Dorm 114 Bed 38
P.O. Box 3535
Norco, CA 92860-0991

This is to inform you that your letter, addressed to the County of San Diego and postmarked January 22, 2007, has been forwarded to the Citizens Review Board on Police Practices, since your issue relates to the City of San Diego Police Department. Their contact information is provided below for your information. Please send any additional correspondence regarding this matter to the Citizens Review Board on Police Practices. Thank you.

THOMAS J. PASTUSZKA
Clerk of the Board of Supervisors

TJP:mem

cc:     Citizens Review Board on Police Practices
        Communications Received

        Citizens Review Board on Police Practices
        Civic Center Plaza Building
        1200 Third Avenue, Suite 916
        San Diego, CA 92101

Internet: http://www.sandiegocob.com

CR 39 FEB 27 2007



**THOMAS J. PASTUSZKA**, CMC, CCB
EXECUTIVE OFFICER/CLERK

# County of San Diego

CLERK OF THE BOARD OF SUPERVISORS

1600 PACIFIC HIGHWAY, ROOM 402, SAN DIEGO, CALIFORNIA 92101-2471

TELEPHONE (619) 531-5600
FAX (619) 595-4616

January 25, 2007

Citizens Review Board on Police Practices
Civic Center Plaza Building
1200 Third Avenue, Suite 916
San Diego, CA 92101

The attached letter from Ardy D. Chadwick was received in our office and is being forwarded to you as this matter relates to the City of San Diego Police Department.

Sincerely,

THOMAS J. PASTUSZKA
Clerk of the Board of Supervisors

Attachment
cc:   Communications Received

TJP: mem

COUNTY OF SAN DIEGO
BOARD OF SUPERVISORS
2007 JAN 24 AM 9:18
THOMAS J. PASTUSZKA
CLERK OF THE BOARD
OF SUPERVISORS

1. [INTENT TO SUE]
2. 
3. I Ardy D. Chadwick, being of
4. sound mind & free will on this 19th
5. day of January 2007, @ California
6. Rehabilitation Center (C.R.C.)-P.O.
7. Box 3535/109-34L, Norco, Ca. 92860-
8. 0991, INTENT TO SUE The San
9. Diego Police Department for
10. violating my Civil Rights on JUNE 13,
11. 2005 while "Under Color of Authority."
12.     On 12-12-06 my Letter To The San
13. Diego County was forwarded To The
14. "Citizens Review Board on Police Practices"
15. By Thomas J. Pastuszka (Clerk of Bd. of
16. Supervisors) dated 12-15-06. Then on
17. 12-19-06 The City of San Diego Executive
18. Director of The above-mentioned board
19. via correspondence, acknowledge my complaint
20. Letter arrival 12-19-06. My complaint was
21. forwarded To "Internal Affairs" for investi-
22. gation To my allegations: ① Police Brutality,
23. ② Excessive Force causing bodily injuries,
24. ③ Assault & ④ Unprofessional
25. Conduct By Team-A Narcotic
26. Officer (Buy & Bust) Hall. Point #1-3
27. applies To Unknown Patrolman-Point
28. #4 Officer Hall only.

1. [STATEMENT OF FACTS]
2. On June 13, 2005 I was downtown on
3. the corner of 15th Street & Island Street wait-
4. ing for friends (Mack MacNelly & Amy). I was
5. to help them get on the Greyhound bus to
6. Salt Lake City. Mark showed up @
7. 1:45 pm showed me something then left.
8. Officer Hall was in brown shorts, multicolored
9. shirt, a blue hat w/a tuna on it, & sunglasses,
10. approached me. This San Diego Undercover
11. Narcotic Officer asked me to help him
12. find some drugs. I told him No, he left,
13. crossed the street & sat down under a
14. pine tree.
15.     Knowing Hall was out to "Buy & Bust," a
16. guy name Shorty was stopped by Hall & asked
17. about something. Hall went into his pocket
18. pulled out some money & gave it to Shorty.
19. Shorty ran up the street to the bridge.
20. Shorty was gone about (5) five minutes,
21. came back sat back down w/ Hall putting
22. something in Hall's hand &, Hall put it
23. in a clear bag. Hall & Shorty then stood
24. up, Hall gave Shorty some money & he
25. then went to the Trolley - Officer Hall
26. walked in the opposite direction. I
27. notice a mark black & white parked by
28. the workman's Hotel.

Pg 1 of 3

1. Moments Later the mark unit came
2. towards me, I got up as it approached.
3. The officer ask me was I Melvin? I
4. told him No. As he exit his unit- He
5. told me to get on the curb, I replied,
6. "I am on the curb." He the told me
7. to get on the fence - so I tried to get
8. to the part where people could clearly
9. see me. This officer pushed me to a
10. part of the fence that's conceal in
11. vision. I hit my head on the fence pole
12. & hit the ground ~~from the~~ momentum.
13.     He then grabbed me off the ground
14. & slammed me into the front fender of
15. his unit pat searching me in the process
16. w/ his free hand. He then pulled me up
17. & again ~~forcefully~~ pushed me on the
18. hood holding my head on it & I felt my
19. lower back pop. I was not resisting &
20. was again lifted off the hood & body slammed
21. again my head hitting the base of the
22. windowshield & my ear hittin the lip
23. of the hood.
24.     He the pulled me off the hood &
25. socked me on the left side of my jaw
26. breaking my tooth. @ this point I
27. asked to be seen by a doctor- He
28. told me No, if I don't shut-up it will be worser!

Pg 2 of 3

1. He then took me to the sub-station
2. & I saw Officer Hall. Hall ask me if
3. I remembered him. I told him to
4. go to hell. I inquired to this
5. arresting officer what was I being
6. charged w/, he did not respond.
7. When I got downtown to the main
8. jail, I was told in booking, I was
9. being some alleged drugs founded
10. in my right pants pocket.
11. Please note, the pants I was
12. booked in does not have any
13. pockets. (See Booking Slip)
14.
15.
16. The afore-mentioned information
17. is true & correction against
18. laws of perjury on this
19. 19th day of Jan. 2007
20.
21. Date: 1-19-2007          /S/ Ardy Chadwick
22.                         Ardy Chadwick
23.
24.
25.
26.
27.
28.

Pg 3 of 3

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Chadwick ARDY D.
CDCR #: T-13047   Cell #: 73/u

**STATE PRISON
GENERATED MAIL**

$00.58
NOV 15 2007
MAILED FROM ZIP CODE 93401

CALIFORNIA MEN'S COLONY
STATE PRISON

Legal
Mail

Office of The Clerk, U.S. District
Court Northern District of California
450 Golden Gate Ave
San Francisco CA 94102

Legal
Mail

FSP41-0077-1

OFFICE OF THE CLERK
# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-3605

Dear Sir or Madam:

The court's records show that you have no case pending in this court.

You must include a case name and case number on every documents, letters, applications, motions, requests, etc. sent to the court with your full name if you would like this court to update your records.

Prisoners in state custody who wish to complain of violations of their civil rights may file a lawsuit in federal court seeking relief; however, the Court cannot act on informal letters, documents, applications, motions, narratives, requests, etc. You must file a formal complaint to initiate a lawsuit.

In order for your complaint to be filed, it must be signed and accompanied by the required filing fee of $350.00. If you are financially unable to submit the filing fee, you must complete and sign the in forma pauperis affidavit included with your complaint.

The Court does not provide legal advice or legal material and can not answer legal questions. You may attach a request for appointment of counsel to the complaint at the time you file it.

Be sure to name specific defendants and to set forth specific facts which you believe show how your civil rights were violated by each defendant you name. Your complaint should be legible. The court does not require that your complaint or any other papers be typewritten, but they must be legible or they will be returned to you.

Sincerely,

Writ Clerk
Enclosures

*I need a lawyer to help me with these paper work. I do to my best, will you Help me.*