CALIFORNIA MENS COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Chadwick ARDY
I-13047   Cell: 73/11

STATE PRISON
GENERATED MAIL

RECEIVED
DEC  7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States
District Court
Northern District of C.A.
450 Golden Gate ave
San Francisco C.A 94102

Legal Mail