E-filing

FILED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chadwick ARDY
                    Plaintiff,

vs.

San Diego Police Dept
                    Defendant.

CASE NO. _____ RMW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, ARDY D. Chadwick, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✗   No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 39⁰⁰                                   Net: _____

Employer: CMC Main Kitchen
work for The Prison

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ___ | No ✗ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No ✗ |
| c. | Rent payments? | Yes ___ | No ✗ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No ✗ |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ___ | No ✗ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?                                              Yes ___ No ✗

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a.   List amount you contribute to your spouse's support: $_____

1        b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).

5  _____

6  _____

7  5.    Do you own or are you buying a home?    Yes \_\_\_ No **X**

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.    Do you own an automobile?    Yes \_\_\_ No **X**

10 Make _____ Year _____ Model _____

11 Is it financed? Yes \_\_\_\_ No \_\_\_\_ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7.    Do you have a bank account? Yes \_\_\_ No **X** (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes \_\_\_ No **X** Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.) Yes \_\_\_ No **X**

20 _____

21 8.    What are your monthly expenses?

22 Rent: $ _____ Utilities: _____

23 Food: $ _____ Clothing: _____

24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.

26 _____    $ _____    $ _____

27 _____    $ _____    $ _____

28 _____    $ _____    $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  I have To Pay a fine 200⁰⁰ for getting
4  Beat up By a Cop.
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  12/3/07                    Chadwick ARDY D.
17    DATE                     SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

1
2                                                          Case Number: _____
3
4
5
6
7
8                                   **CERTIFICATE OF FUNDS**
9                                                  **IN**
10                                       **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
                                              [prisoner name]
14  _____ where (s)he is confined.
          [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $_____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____                              _____
                                                      [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28