IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARDY DEMETRIUS CHADWICK | ) | No. C 07-6249 RMW (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| SAN DIEGO POLICE DEPARTMENT, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint against the San Diego Police Department concerning the use of excessive force at the time of his arrest. The acts complained of occurred in San Diego County and the defendant is located in San Diego County, which lies within the venue of the Southern District of California. Therefore, venue properly lies in the Southern District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Southern District of California. See 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's pending motion to proceed in forma pauperis (docket no. 2). The clerk shall terminate any pending motions and transfer the entire file to the Southern District of California.

IT IS SO ORDERED.

DATED: __12/18/2007__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\pro-se\sj.rmw\cr.07\Chadwick249trans      1

1  This is to certify that on ___12/19/2007_____, a copy of this ruling was mailed to the following:

2

3  Ardy Demetrius Chadwick
   T-13047
4  California Mens Colony
   P.O. Box 8101
5  San Luis Obispo, CA  93409-8101

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28