**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                           408.535.5364

December 21, 2007

Clerk's Office, U.S. District Court
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, California 92101-8900

RE: CV 07-06249 RMW  ARDY D. CHADWICK-v-SAN DIEGO POLICE DEPT.

Dear Clerk,

        Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

        ☒        Certified copy of docket entries.

        ☒        Certified copy of Transferral Order.

        ☒        Original case file documents.

        ☒        Please access the electronic case file for additional pleadings you may need.  See

                  the attached instructions for details.

        Please acknowledge receipt of the above documents on the attached copy of this letter.

                                Sincerely,
                                RICHARD W. WIEKING, Clerk

                                by: /s/ Diane Miyashiro
                                Case Systems Administrator

Enclosures
Copies to counsel of record

December 21, 2007

**These instructions are for internal court use only.**
**Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.